**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE: Gregory D. Linver                                CHAPTER 13

                Debtor(s)

                                            BKY. NO. 20-22639 CMB

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

    Kindly enter my appearance on behalf of PENNYMAC LOAN SERVICES, LLC and index same on the master mailing list.

                                          Respectfully submitted,

                                          /s/ Brian C. Nicholas
                                          Brian Nicholas
                                          18 Sep 2020, 15:17:35, EDT

                                          Brian C. Nicholas, Esquire
                                          Attorney I.D. No. 317240
                                          KML Law Group, P.C.
                                          BNY Mellon Independence Center
                                          701 Market Street, Suite 5000
                                          Philadelphia, PA 19106
                                          412-430-3594
                                          bkgroup@kmllawgroup.com