IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| Gregory D. Linver, | ) | Case No. 20-22639 |
| Debtor(s) | ) | Chapter 13 |
| | ) | Document No. |
| | ) | |
| Gregory D. Linver, | ) | |
| Movant(s) | ) | |
| | ) | |
| Vs. | ) | |
| | ) | |
| No Respondent(s) | ) | |

## NOTICE OF CHANGE OF ADDRESS

Please note that the correct mailing address for the above-captioned debtors should be as follows:

Old Address:

1702 Fawcett Ave
McKeesport, PA 15131

New Address:

1702 Fawcett Avenue
White Oak, PA 15131

                                                  Respectfully submitted,

September 24, 2020                     /s/ Kenneth Steidl
DATE                                         Kenneth Steidl, Esquire
                                                  Attorney for the Debtor(s)
                                                  STEIDL & STEINBERG
                                                  Suite 2830 – Gulf Tower
                                                  707 Grant Street
                                                  Pittsburgh, PA  15219
                                                  (412) 391-8000
                                                  ken.steidl@steidl-steinberg.com
                                                  PA I.D. No. 234965