**PAWB FORM 30  (03/12)**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| Gregory D. Linver, | ) | Case No. 20-22639 |
| Debtor(s) | ) | Chapter 13 |
| | ) | Document No. |
| | ) | |
| Gregory D. Linver, | ) | |
| Movant(s) | ) | |
| | ) | |
| Vs. | ) | |
| | ) | |
| No Respondent(s) | ) | |

**NOTICE REGARDING MODIFICATION TO MAILING MATRIX**

In accordance with Local Bankruptcy Rule 1007-1(f) I, Kenneth Steidl, counsel for the debtor(s) in the above-captioned case, hereby certify that the following list of creditors' names and addresses was uploaded through the creditor maintenance option in CM/ECF to the above-captioned case.

SunTrust Bank, Green Sky, & Trust
Attn Bankruptcy Dept.
Po Box 8509
Richmond, VA 23286

Verizon Wireless
PO Box 553
Warrendale, PA 15086

Verizon Wireless
500 Technology Drive
Suite 550
Weldon Spring, MO 63304

By:

September 24, 2020          /s/ Kenneth Steidl
DATE                        Kenneth Steidl, Esquire
                            Attorney for the Debtor(s)

                            STEIDL & STEINBERG
                            Suite 2830 – Gulf Tower
                            707 Grant Street
                            Pittsburgh, PA  15219
                            (412) 391-8000
                            ken.steidl@steidl-steinberg.com
                            PA I.D. No. 34965