IN THE UNITED STATES BANKRUPTCY COURT FOR THE WESTERN
DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:<br>GREGORY D. LINVER,<br>  Debtor(s). | :<br>:<br>:   Case No. 20-22639-CMB |
| AMERICREDIT FINANCIAL SERVICES, INC.<br>dba GM FINANCIAL,<br>  Movant(s). | :<br>:   Chapter 13<br>:<br>: |
| v. | : |
| GREGORY D LINVER<br> ANGELINA MONIQUE ROSE,<br>  Respondent(s). | : |

**NOTICE OF HEARING AND RESPONSE DEADLINE
REGARDING MOTION OF GM FINANCIAL FOR RELIEF FROM THE AUTOMATIC STAY
AND CO-DEBTOR STAY(TELEPHONIC PROCEDURE EFFECTIVE MARCH 16, 2020)**

TO THE RESPONDENT(S):

You are hereby notified that the Movant seeks an order affecting your rights or property.

You are further instructed to file with the Clerk and serve upon the undersigned attorney for Movant a response to the Motion by no later than October 23, 2020 (*i.e.*, seventeen (17) days after the date of service below), in accordance with the Federal Rules of Bankruptcy Procedure, the Local Rules of this Court, and the general procedures of the presiding judge as found on the Court's webpage at www.pawb.uscourts.gov. If you fail to timely file and serve a written response, an order granting the relief requested in the Motion may be entered and the hearing may not be held. Please refer to the calendar posted on the Court's webpage to verify if a default order was signed or if the hearing will go forward as scheduled.

You should take this Notice and the Motion to a lawyer at once.

A **telephonic** hearing will be held on **November 10, 2020** at 10:00 AM before Judge Carlota M. Bohm. Only a limited time of ten (10) minutes is being provided on the calendar. No witnesses will be heard. If there is an issue of fact, an evidentiary hearing will be scheduled by the Court for a later date. Parties or counsel of record who intend to participate in the hearing shall appear **telephonically** and shall make arrangements as directed by Judge Bohm's Modified Telephonic Procedures at http://www.pawb.uscourts.gov/procedures-1 at least 24 hours in advance.

Date of Service: October 6, 2020

William E. Craig
Attorney for Movant/Applicant
/s/ William E. Craig
110 Marter Ave., Suite 301
Moorestown, NJ 08057
(856) 866-0100
bcraig@mortoncraig.com
92329-PA

Form CMB-301-T (Rev. 3/16/2020)