IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: )<br>GREGORY D. LINVER, )<br>**Debtor(s**) )<br>)<br>AMERICREDIT FINANCIAL SERVICES, INC. )<br>dba GM FINANCIAL, )<br>**Movant** )<br>)<br>v. )<br>)<br>GREGORY D. LINVER )<br>ANGELINA MONIQUE ROSE, )<br>**Respondent(s)** )<br>)<br>RONDA J. WINNECOUR, )<br>**Trustee** ) | Bankruptcy No. 20-22639-CMB<br><br>Chapter 13<br><br>Related To Document No. 27 and 28<br><br>**Response Deadline:  10/23/20**<br><br>**Hearing Date:  11/10/20 at 10:00 AM** |

## CERTIFICATE OF SERVICE

I, ___William E. Craig___, of Morton & Craig LLC, 110 Marter Avenue, Moorestown, NJ 08057, certify that I am more than 18 years of age and that on October 6, 2020 I served by United States mail, first class, postage prepaid, the Notice Of Telephonic Hearing With Response Deadline and a copy of the Motion For Relief From Stay And Co-Debtor Stay filed in this proceeding on:

Gregory D. Linver
1702 Fawcett Ave
White Oak, PA 15131
(Debtor)

Angelina Monique Rose
1702 Fawcett Ave.
White Oak, PA 15131
(Co- Debtor)

Kenneth Steidl
Steidl & Steinberg
Suite 2830 Gulf Tower
707 Grant Street
Pittsburgh, PA 15219
(Attorney For Debtor)

Ronda J. Winnecour
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA 15219
(Trustee)

Office of the United States Trustee
Liberty Center
1001 Liberty Avenue, Suite 970
Pittsburgh, PA 15222
(U.S. Trustee)

I certify under penalty of perjury that the foregoing is true and correct.

/s/ William E. Craig
William E. Craig, Esquire
PA ID # 92329
Morton & Craig LLC
110 Marter Avenue, Suite 301
Moorestown, NJ 08057
(856) 866-0100
bcraig@mortoncraig.com