**EXHIBIT "A"**

## *LAW OFFICE OF KAREN L. MYERS, P.C.*

1751 Lincoln Highway
North Versailles, PA 15137

karen@karenmyerslaw.com

Telephone: 412-823-8003                                                                                                 Fax: 412-823-8015

June 18, 2020

Gregory D. Linver
1702 Fawcett Avenue
White Oak, PA 15131

      Re:    Divorce

Dear Gregory:

      This letter will confirm our understanding about the fee which will be charged to you for our representation of you in connection with your domestic relations matter. This agreement shall become effective only upon my receipt of a counter signed copy of this letter and the retainer fee. I cannot undertake to do any work on your case until I receive this agreement letter signed by you and the retainer fee.

      As I explained to you earlier, I will require an initial retainer of **$1,750.00**, which is non-refundable. The retainer is a minimum payment which will be credited as a payment on account of services that will be rendered thereafter, and has no relation to what the final fee might be. If, as a result of substantial time spent working on your case, the money deposited as a retainer is absorbed, we shall bill you for an additional retainer, or we shall bill you on a monthly basis for professional services rendered to date.

      Our fees are based on the time spent on your matter. Therefore, the ultimate fee can only be determined when our services are completed. During the course of our representation of you, our time will be kept at the then prevailing hourly rate for the person performing the service, my hourly rate being **$200.00** per hour. The services of other attorneys, law clerks or paralegal in the firm may also be required, and their hourly rates may be more or less than mine. If our legal services continue for more than one year beyond the date of this agreement, and if my hourly rate or those of the other attorneys, law clerks or paralegal working on your matter increases during the course of our representation of you, you will be billed at that higher hourly rate. We charge in minimum increments of one-tenth of an hour for all work performed on your matter, including making or receiving phone calls connected with your case; writing or reviewing correspondences; and any other time whatsoever expended by us on your matter.

Gregory D. Linver
June 18, 2020
Page 2

    If we incur costs and must disburse money on your behalf during the course of our representation of you, such as court filing fees, charges made by the Sheriff or other process servers, copying, postage charges, long distance phone calls, computerized legal research, federal express or fax charges, travel costs, deposition costs or expert witness costs, or any other charges other than legal time, we shall bill these costs to you separately from the monthly time charges. You must also pay the retainers and other fees for all experts we hire on your behalf, such as accountants; real estate, business and pension appraisers; financial experts; custody evaluators; or other experts. You will sign any retainer letters or fee letters which such experts require, and will be directly liable to them for payment of their fee.

    We shall submit a bill to you monthly for the legal time spent working on your matter and the costs incurred, so that you will always be apprized of the services being rendered and the bill to date. Such time charges and/or costs will be payable by you upon receipt of the billing. If your bill is not paid within thirty (30) days of receipt of the billing, and you do not make arrangements with us to pay your bill, we may Petition the Court to withdraw from your matter. We may also require that you sign a judgment note before we will continue with your matter. You may request an itemized bill at any time, and we shall include in our time charges the time expended for preparation of such itemization of services. At the conclusion of this particular matter, you will receive a final bill based on our hourly rate and any costs and fees incurred during the course of our representation of you.

    Every effort will be made to expedite your case promptly and efficiently according to the highest legal and ethical standards. This and your best interest are our primary concern.

    If the foregoing discussion about our fees and costs accurately sets forth our agreement, please sign the enclosed copy of this letter and return it to me so that we will have a mutual memorandum of our understanding. You can keep the copy for your records.

Gregory D. Linver
June 18, 2020
Page 3

It is our hope that we will be able to assist you through this difficult time with little trauma as possible. If you have any questions about either the billing or your case, please feel free to contact me.

Very truly yours,

KAREN L. MYERS, ESQUIRE

I HAVE READ THE ABOVE RETAINER LETTER AND IT CORRECTLY SETS FORTH MY UNDERSTANDING WITH REGARD TO MY FEE ARRANGEMENT AND MY REPRESENTATION BY THE FIRM, AND I AGREE TO PAY FOR YOUR PROFESSIONAL SERVICES AND THE COSTS EXPENDED ON MY BEHALF IN ACCORDANCE WITH THE TERMS OF THIS AGREEMENT.

DATE: 6-20-2020

Gregory D. Linver