**EXHIBIT "B"**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ) | |
| ) | Bankruptcy No. 20-22639 CMB |
| Gregory L. Linver, ) | Chapter 13 |
| Debtor(s) ) | Docket No. |
| ) | |
| ) | |
| ) | |
| Gregory L. Linver, ) | |
| Movant(s) ) | |
| ) | |
| Vs. ) | |
| ) | |
| NO RESPONDENT(S) ) | |

## VERIFIED STATEMENT OF KAREN L. MYERS, ESQUIRE PURSUANT TO BANKRUPTCY RULE 2014(a)

1. I, Karen L. Myers, Esquire, am an attorney at law admitted to practice before this Court and maintain offices at 1715 Lincoln Highway, North Versailles, PA 15317.

2. I have agreed to serve as Special Counsel to Gregory L. Linver (hereinafter referred to as the "Debtor") in regard to his divorce case and hereby make this Verified Statement in support of an Order authorizing said retention.

3. Insofar as I have been able to ascertain, I have no connection with the Debtor, his creditors or any other party in interest or his respective attorneys or accountants.

4. Insofar as I have been able to ascertain, I have no interest adverse to that of the Debtor or his estate in this case.

5. I do not hold any equity or debt security in the Debtor. Further, I have not been a director, officer or employee of the Debtor.

6. I am not a creditor of the Debtor.

7. Attached to the motion to employ me as special counsel is the "Fee Agreement" that I have entered into with the Debtor. I do, however, understand that this Court has jurisdiction over the fees that I am ultimately entitled to receive for my representation as special counsel

8. I have not agreed to share with any other person the compensation paid or to be paid me in connection with this case.

9. Based upon the foregoing, I believe I am a "disinterested person" within the meaning of Sections 101 and 327 of the Bankruptcy Code.

The undersigned, Karen L. Myers, Esquire, declares under penalty of perjury, that the averments set forth above and in the foregoing Application to Employ Special Counsel are true and correct to the best of my knowledge, information and belief.

Dated:

Karen L. Myers, Esquire
Law Office of Karen L. Myers
1715 Lincoln Highway
North Versailles, PA 15317
PA Attorney I.D. No. 49561