UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

In re:                                                                                            Bankr. Case No. 20-22639-CMB-13

Gregory D. Linver                                                                       Chapter 13
    Debtor(s)

## REQUEST FOR NOTICE

    Pursuant to Rule 2002(g), Americredit Financial Services, Inc. dba GM Financial hereby requests that all notices, pleadings and other documents in this case be served upon it at the following address:

    Americredit Financial Services, Inc. dba GM Financial
    PO Box 183853
    Arlington, TX  76096

By /s/ Mandy Youngblood

Mandy Youngblood
PO Box 183853
Arlington, TX  76096
877-203-5538
877-259-6417
Customer.service.bk@gmfinancial.com

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

In re:                                                                          Bankr. Case No. 20-22639-CMB-13

Gregory D. Linver                                                   Chapter 13

      Debtor(s)

**Certificate of Service**

This Request for Notice was served electronically on the following individuals on September 29, 2020 :

Kenneth Steidl                                     Ronda Winnecour
Suite 2830 Gulf Tower                   600 Grant Street
707 Grant Street                           Suite 3250 USX Tower
Pittsburgh, PA 15219                  Pittsburgh, PA 15219

By /s/ Mandy Youngblood
     Mandy Youngblood

xxxxx49118 / 1029572