MINUTES OF CHAPTER 13 § 341 (a) MEETING OF CREDITORS
AND SETTLEMENT CONFERENCE ON PLAN CONFIRMATIONS

Case Name: __Linver, Gregory_____ JAD/TPA/(CMB)/GLT

Case Number: __20-22639__

Date of Meeting: __10__ / __19__ / __20__   J. Steidl   Recording # _____

Debtor(s) present ___ or Not Present ___ ( ✓ No Payments Made or ___ partial payments)

Attorney for debtor(s) __Steidl, Ken_____ (Present _✓_ or Not Present ___)

Date of Plan at § 341: __9-22-20__ Applicable commitment period ___ 3 yrs ___ 5 yrs

Brian Nicholas Esq. → PennyMac

___✓___ Meeting HELD and CONCLUDED
_____ Meeting HELD but CONTINUED (not closed)
_____ Meeting NOT HELD
                                          _____ Order to Show Cause Requested
                                          _____ To be rescheduled by Clerk

_____ Confirmation Order recommended _____ Final _____ Interim
_____ Amended Plan due: _____; Objections due: _____

_____ Trustee recommends dismissal of the case (Debtor consents)
_____ Trustee recommends dismissal of the case (Debtor does not consent)*
_____ Trustee recommends dismissal of the case (Debtor has no defense)
_____ Debtor requests dismissal of the case. Motion to be filed by the Debtor within 10 days
___✓___ Continued to:
        _____ 341 Meeting OR ___✓___ Conciliation Conf. OR ___ *Contested Hearing
        On __12/3/20__ at __9:00__ am/pm Location _____

_____
Chapter 13 Trustee/Attorney for Trustee