IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| Gregory D. Linver, | ) | Case No. 20-22639 CMB |
|     Debtor(s) | ) | Chapter 13 |
| | ) | Related Docket No. 41 |
| | ) | |

**<u>CERTIFICATE OF SERVICE OF ORDER EMPLOYING SPECIAL COUNSEL</u>**

    I certify under penalty of perjury that I served the above captioned pleadings on the parties at the addresses specified below or on the attached list on (date) <u>October 29, 2020</u>

    The type(s) of service made on the parties (first-class mail, electronic notification, hand delivery, or another type of service) was: first class mail

    If more than one method of service was employed, this certificate of service groups the parties by the type of service. For example, the full name, email address, and where applicable the full name of the person or entity represented, for each party served by electronic transmission is listed under the heading "Service by NEF," and the full name and complete postal address for each party served by mail, is listed under the heading "Service by First-Class Mail."

EXECUTED ON:

Karen L. Myers, Esquire
1715 Lincoln Highway
North Versailles, PA 15317

Served by CM/ECF:

Ronda J. Winnecour, Chapter 13 Trustee

                                            Respectfully submitted,

<u>October 29, 2020</u>                           <u>/s/ Kenneth Steidl</u>
DATE                                      Kenneth Steidl, Esquire
                                                 Attorney for the Debtor(s)
                                                 STEIDL & STEINBERG
                                                 Suite 2830 – Gulf Tower
                                                 707 Grant Street
                                                 Pittsburgh, PA  15219
                                                 (412) 391-8000
                                                 ken.steidl@steidl-steinberg.com
                                                 PA I.D. No. 34965