IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: ) | |
| **GREGORY D. LINVER,** ) | Bankruptcy No. 20-22639-CMB |
| **Debtor(s)** ) | |
| ) | Chapter 13 |
| AMERICREDIT FINANCIAL SERVICES, INC. ) | |
| dba GM FINANCIAL, ) | |
| **Movant** ) | Related To Document No. 27 |
| ) | |
| v. ) | **ENTERED BY DEFAULT** |
| ) | |
| GREGORY D. LINVER ) | |
| ANGELINA MONIQUE ROSE, ) | |
| **Respondent(s)** ) | |
| ) | |
| RONDA J. WINNECOUR, ) | |
| **Trustee** ) | |

**ORDER OF COURT**

AND NOW, this  2nd  day of  November , 2020 it is hereby **ORDERED** that the Motion For Relief From The Automatic Stay And Co-Debtor Stay is GRANTED.

Movant AmeriCredit Financial Services, Inc., dba GM Financial is permitted to enforce its rights in the property described as a **2019 GMC Terrain** bearing vehicle identification number 3GKALVEX4KL375611, to the extent and in the manner provided by any applicable contract documents and non-bankruptcy law, including but not limited to repossession of said property.

Carlota M. Böhm    glb
Chief United States Bankruptcy Judge

FILED
11/2/20 8:56 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 20-22639-CMB |
| Gregory D. Linver | Chapter 13 |
| Debtor(s) | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: gamr | Page 1 of 2 |
| Date Rcvd: Nov 02, 2020 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol     Definition**

\+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 04, 2020:**

**Recip ID          Recipient Name and Address**
db              + Gregory D. Linver, 1702 Fawcett Ave, White Oak, PA 15131-1812

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 04, 2020                Signature:        /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 2, 2020 at the address(es) listed below:**

**Name                    Email Address**

Brian Nicholas
                on behalf of Creditor PENNYMAC LOAN SERVICES  LLC bnicholas@kmllawgroup.com

Karina Velter
                on behalf of Creditor Wells Fargo Bank  N.A. amps@manleydeas.com

Kenneth Steidl
                on behalf of Debtor Gregory D. Linver julie.steidl@steidl-steinberg.com
                ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@steidl-steinberg.com;cgoga@steidl-steinberg.com;rlager@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com

Keri P. Ebeck
                on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com  jbluemle@bernsteinlaw.com

Office of the United States Trustee
                ustpregion03.pi.ecf@usdoj.gov

District/off: 0315-2 User: gamr Page 2 of 2
Date Rcvd: Nov 02, 2020 Form ID: pdf900 Total Noticed: 1

Ronda J. Winnecour
   cmecf@chapter13trusteewdpa.com

S. James Wallace
   on behalf of Creditor Peoples Natural Gas Company LLC sjw@sjwpgh.com Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com

William E. Craig
   on behalf of Creditor Americredit Financial Services  Inc., d/b/a GM Financial ecfmail@mortoncraig.com, mhazlett@mortoncraig.com;mortoncraigecf@gmail.com

TOTAL: 8