IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| Gregory D. Linver, | ) | Case No. 20-22639 CMB |
|     Debtor(s) | ) | Chapter 13 |
| | ) | Related Docket No. 47 |
| | ) | |
| Gregory D. Linver, | ) | |
|     Movant(s) | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| Wells Fargo Bank, N.A., | ) | |
|     Respondent(s) | ) | |

## **CERTIFICATE OF SERVICE OF ORDER GRANTING OBJECTION TO CLAIM 5**

I certify under penalty of perjury that I served the above captioned pleadings on the parties at the addresses specified below or on the attached list on (date) November 5, 2020

The type(s) of service made on the parties (first-class mail, electronic notification, hand delivery, or another type of service) was: first class mail

If more than one method of service was employed, this certificate of service groups the parties by the type of service. For example, the full name, email address, and where applicable the full name of the person or entity represented, for each party served by electronic transmission is listed under the heading "Service by NEF," and the full name and complete postal address for each party served by mail, is listed under the heading "Service by First-Class Mail."

EXECUTED ON:


Wells Fargo Bank, N.A.
Attn: Charles Scharf, CEO
420 Montgomery Street
San Francisco, CA 94104

Wells Fargo Bank, N.A.
Attn: Eric Rathert
PO Box 14487
Des Moines, IA 50309


Served by CM/ECF:

Ronda J. Winnecour, Chapter 13 Trustee

Office of the U.S. Trustee

Respectfully submitted,

November 5, 2020
DATE

/s/ Kenneth Steidl
Kenneth Steidl, Esquire
Attorney for the Debtor(s)
STEIDL & STEINBERG
Suite 2830 – Gulf Tower
707 Grant Street
Pittsburgh, PA  15219
(412) 391-8000
ken.steidl@steidl-steinberg.com
PA I.D. No. 34965