IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | |
| | : | Case No.: 20-22639 |
| Gregory D. Linver | : | Chapter 13 |
| | : | Judge Carlota M. Bohm |
| Debtor(s) | : | * * * * * * * * * * * * * * * * |
| | : | |
| Gregory D. Linver | : | Related Document # 25, 47 |
| | : | Related Claim #5 |
| Movant, | : | |
| vs | : | |
| | : | |
| Wells Fargo Bank, N.A. | : | |
| Ronda J. Winnecour | : | |
| Respondents. | : | |

## ORDER OF COURT

AND NOW, to wit, this  19th  day of    November    , 2020, upon consideration of the foregoing Consent Order to Settle Debtor's Objection to Claim, it is hereby **ORDERED, ADJUDGED AND DECREED** that:

1.  The terms of the foregoing Consent Order are hereby approved in their entirety and incorporated herein as part of this Order.

By the Court:

Carlota M. Böhm
Chief United States Bankruptcy Judge

FILED
11/19/20 10:20 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

CC:
   Karina Velter, Attorney for Creditor, Manley Deas Kochalski LLC, P.O. Box 165028, Columbus, OH  43216-5028 (notified by ecf)

   Office of U.S. Trustee, Party of Interest, (Registered address)@usdoj.gov (notified by ecf)

   Ronda J. Winnecour, Chapter 13 Trustee, Suite 3250, USX Tower, 600 Grant Street, Pittsburgh, PA  15219 (notified by ecf)

Kenneth Steidl, Attorney for Debtor, Suite 2830 Gulf Tower, 707 Grant Street, Pittsburgh, PA 15219 (notified by ecf)

Gregory D. Linver, Debtor, 1702 Fawcett Ave, White Oak, PA  15131 (notified by regular US Mail)

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 20-22639-CMB |
| Gregory D. Linver | Chapter 13 |
| Debtor(s) | |

# CERTIFICATE OF NOTICE

District/off: 0315-2  User: gamr  Page 1 of 2
Date Rcvd: Nov 19, 2020  Form ID: pdf900  Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol    Definition**
+           Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 21, 2020:**

**Recip ID        Recipient Name and Address**
db           +  Gregory D. Linver, 1702 Fawcett Ave, White Oak, PA 15131-1812

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Nov 21, 2020              Signature:        /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 19, 2020 at the address(es) listed below:**

**Name**                        **Email Address**
Brian Nicholas
                                on behalf of Creditor PENNYMAC LOAN SERVICES  LLC bnicholas@kmllawgroup.com

Karina Velter
                                on behalf of Creditor Wells Fargo Bank  N.A. amps@manleydeas.com

Kenneth Steidl
                                on behalf of Debtor Gregory D. Linver julie.steidl@steidl-steinberg.com
                                ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@steidl-steinberg.com;cgoga@steidl-steinberg.com;rlager@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com

Keri P. Ebeck
                                on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com  jbluemle@bernsteinlaw.com

Office of the United States Trustee
                                ustpregion03.pi.ecf@usdoj.gov

District/off: 0315-2 User: gamr Page 2 of 2
Date Rcvd: Nov 19, 2020 Form ID: pdf900 Total Noticed: 1

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

S. James Wallace
    on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com  Equitablebankruptcy@peoples-gas.com

William E. Craig
    on behalf of Creditor Americredit Financial Services  Inc., d/b/a GM Financial ecfmail@mortoncraig.com, mhazlett@mortoncraig.com;mortoncraigecf@gmail.com

TOTAL: 8