IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| Gregory D. Linver, | ) | Case No. 20-22639 |
|     Debtor(s) | ) | Chapter 13 |
| | ) | Related to Document No. 60 |
| Gregory D. Linver, | ) | |
| Social Security No. XXX-XX- 3389 | ) | |
|     Movant(s) | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| County of Allegheny and | ) | |
| Ronda J. Winnecour, Trustee | ) | |
|     Respondent(s) | ) | |

## CERTIFICATE OF SERVICE

    I, the undersigned, hereby certify that on December 8, 2020, a true and correct copy of the *Amended Order to Pay Trustee* was served by U. S. First Class Mail, postage prepaid, upon the following persons and parties:

Gregory D. Linver
1702 Fawcett Avenue
White Oak, PA 15131

County of Allegheny
Attn: Payroll
Room 108 Courthouse
436 Grant Street
Pittsburgh, PA 15219

**Served by ECF: Ronda J. Winnecour, Trustee**

| | | |
|---|---|---|
| Date of Service: | December 8, 2020 | /s/ Kenneth Steidl |
| | | Kenneth Steidl, Esquire |
| | | STEIDL & STEINBERG |
| | | 28th Floor, Gulf Tower |
| | | 707 Grant Street |
| | | Pittsburgh, PA 15219 |
| | | (412) 391-8000 |
| | | PA I.D. 34965 |