**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re: | ) | Chapter 13 |
| | ) | |
| Gregory D. Linver | ) | Doc No.: 20-22639-CMB |
| | ) | |
| Debtor(s) | ) | |
| | ) | |

### NOTICE OF APPEARANCE AND REQUEST FOR NOTICES AND PAPERS

PLEASE TAKE NOTICE that the undersigned hereby appears as counsel for White Oak Borough, a creditor of Gregory D. Linver. The undersigned hereby enters her appearance pursuant to Bankruptcy Rule 9010(b), and such counsel hereby requests, pursuant to Bankruptcy Rules 2002, 3017, and 9007 and Section 1109(b) of the Bankruptcy Code, that copies of all notices and pleadings given or filed in this case be given and served upon the undersigned counsel at the following addresses and telephone/facsimile numbers:

Patricia L. McGrail, Esquire
McGrail and Associates, LLC
1714 Lincoln Way
White Oak, PA 15131
Telephone: 412-664-4433
Facsimile: 412-664-4525
Emails: pmcgrail@mcgrailassociates.com

PLEASE TAKE FURTHER NOTICE that, pursuant to Section 1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the Bankruptcy Rules specified above but also includes, without limitation, any notice, application, complaint, demand, motion, petition, pleading, or request, whether formal or informal, written or oral, and whether transmitted or conveyed by mail, delivery, electronics, telephone, telegraph, telex or otherwise filed or made with regard to the referenced case and proceedings therein.

This Notice of Appearance and Demand for Notices and Papers shall not be deemed or construed to be a consent to jurisdiction or as a waiver of any rights (1) to have final orders in non-core matters

entered only after <u>de novo</u> review by a District Judge, (2) to trial by a jury in any proceeding so triable in this case or in any case, controversy, or proceeding related to this case, (3) to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, or (4) of any rights, defenses, claims, action, setoffs, or recoupments in law or equity.

Date:  <u>April 30, 2021</u>    */s/ <u>Patricia L. McGrail, Esquire</u>*
Patricia L. McGrail, Esquire
Pa. I.D. No.:  33404
McGrail and Associates, LLC
1714 Lincoln Way
White Oak, PA 15131
Telephone: 412-664-4433
Facsimile: 412-664-4525
Email: pmcgrail@mcgrailassociates.com

## CERTIFICATE OF SERVICE

I, Patricia L. McGrail, Esquire, hereby certify that on this 30th day of April. 2021, I caused to be served a copy of the Notice of Appearance and Request for Notices and Papers on the following parties set forth below via first class mail, and/or electronic mail.

Kenneth Steidl, Esq.
Steidl & Steinberg
Suite 2830 Gulf Tower
707 Grant St.
Pittsburgh, PA 15219
*Julie.steidl@steidl-steinberg.com*

Ronda J. Winnecour, Trustee
Suite 3250, USX Tower
600 Grant St.
Pittsburgh, PA  15219

Office of United States Trustee
Liberty Center
1001 Liberty Ave. – Suite 970
Pittsburgh, PA 15222

Date:  <u>April 30, 2021</u>    Respectfully submitted,

*/s/Patricia L. McGrail, Esquire*
Patricia L. McGrail, Esquire