# PROCEEDING MEMO

Date: 03/09/2023 01:30 pm

In re:   Gregory D. Linver

Bankruptcy No. 20-22639-CMB
Chapter: 13
Doc. # 75

Appearances:  Denise Carlon, Esq.
              Abagale Steidl, Esq.
              Ronda Winnecour

Nature of Proceeding: # 75 Motion for Relief from Stay
                     re: 1702 Fawcett Avenue White Oak, PA 15131.

Outcome: Trustee recommends that Case be Dismissed.
         Case Dismissed.
         Motion is Moot, due to Dismissal of Case.

Carlota Böhm
U.S. Bankruptcy Judge

FILED
3/9/23 4:00 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA