Form 309

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

**Gregory D. Linver**  :  Case No. 20−22639−CMB
*Debtor(s)*  :  Chapter: 13
 :
 :
 :
 :
 :
 :

## ORDER DISMISSING CASE WITHOUT PREJUDICE AND TERMINATING WAGE ATTACHMENT

*AND NOW,* this ***The 9th of March, 2023,*** after notice and hearing and the Debtor(s) having failed to comply with the requirements of the *Bankruptcy Code*, the *Local Rules* of this Court and/or an Order of Court, it is hereby ***ORDERED, ADJUDGED and DECREED*** as follows:

(1)  The above−captioned case is ***DISMISSED, without prejudice***. The Debtor(s) remain legally liable for all his/her/their debts as if the bankruptcy petition had not been filed. Creditor collection remedies are reinstated pursuant to *11 U.S.C. §349*. Creditors are directed to *11 U.S.C. §108(c)* for time limits on filing a lawsuit to collect. ***Generally, a creditor's lawsuit must be filed either before the time deadline imposed by state law for filing runs, or (30) thirty days after date of this Order, whichever is later.***

(2)  Each income attachment issued in this case is now terminated. So that each employer and entity subject to an attachment Order knows to stop the attachment, the Debtor(s) shall immediately serve a copy of this order on each such employer and entity.

(3)  The Court retains jurisdiction over the Trustee's Report of Receipts and Disbursements and Final Report and Account. Upon submission of the UST Form 13−FR−S: Chapter 13 Standing Trustee's Final Report and Account, the Trustee is discharged from her duties in this case and this case will be closed without further order of Court.

(4)  The Clerk shall give notice to all creditors of this dismissal.

Carlota M. Böhm, Judge
United States Bankruptcy Court

Case Administrators to serve:
All Creditors and All Parties In Interest

United States Bankruptcy Court

Western District of Pennsylvania

In re:  
Gregory D. Linver  
Debtor

Case No. 20-22639-CMB  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2      User: auto      Page 1 of 3  
Date Rcvd: Mar 09, 2023      Form ID: 309      Total Noticed: 39

The following symbols are used throughout this certificate:

**Symbol**     **Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++     Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 11, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Gregory D. Linver, 1702 Fawcett Ave, White Oak, PA 15131-1812 |
| sp | + | Karen L. Myers, 1715 Lincoln Highway, North Versailles, PA 15137 |
| cr | + | White Oak Borough, c/o McGrail & Associates, LLC, 1714 Lincoln Way, White Oak, PA 15131-1716 |
| 15287178 | + | Greater Pittsburgh Pediatric Center, 1811 Blvd. of the Allies Suite 200, Pittsburgh, PA 15219-5964 |
| 15287180 | + | Lending USA, c/o Bankruptcy Dept., 15303 Ventura Blvd., Suite 850, Sherman Oaks, CA 91403-6630 |
| 15287181 | | Municipal Authority of Westmoreland, PO Box 800, Greensburg, PA 15601-0800 |
| 15292310 | + | SunTrust Bank, Green Sky, & Trust, Attn Bankruptcy Dept., Po Box 8509, Richmond, VA 23286-0001 |
| 15287184 | + | SunTruste Bank, Green Sky, & Truist, Attn Bankruptcy Dept., Po Box 8509, Richmond, VA 23286-0001 |
| 15287187 | + | West Penn Hospital, c/o Allegheny Health Network, PO Box 645206, Pittsburgh, PA 15264-5206 |
| 15287188 | + | White Oak Borough, 2280 Lincoln Way, White Oak, PA 15131-2489 |
| 15287189 | + | White Oak Emergency Medical Services, PO Box 726, New Cumberland, PA 17070-0726 |

TOTAL: 11

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | EDI: AISACG.COM | Mar 10 2023 04:34:00 | Ally Bank, c/o AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | + | EDI: PHINAMERI.COM | Mar 10 2023 04:34:00 | Americredit Financial Services, Inc., d/b/a GM Fin, 4000 Embarcadero Dr., Arlington, TX 76014-4101 |
| cr | + | Email/Text: kburkley@bernsteinlaw.com | Mar 09 2023 23:39:00 | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant Street, Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| cr | + | EDI: RECOVERYCORP.COM | Mar 10 2023 04:34:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| cr | + | Email/Text: ebnpeoples@grblaw.com | Mar 09 2023 23:39:00 | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Ave., Pittsburgh, PA 15233-1828 |
| 15291718 | | EDI: PHINAMERI.COM | Mar 10 2023 04:34:00 | AmeriCredit Financial Services, Inc., dba GM Financial, P O Box 183853, Arlington, TX 76096 |
| 15291579 | | EDI: GMACFS.COM | Mar 10 2023 04:34:00 | Ally Bank, PO Box 130424, Roseville MN 55113-0004 |
| 15287172 | + | EDI: GMACFS.COM | Mar 10 2023 04:34:00 | Ally Financial, Attn Bankruptcy Dept., Po Box 380901, Minneapolis, MN 55438-0901 |
| 15294791 | + | EDI: COMCASTCBLCENT | Mar 10 2023 04:34:00 | COMCAST, PO BOX 1931, Burlingame, CA 94011-1931 |
| 15287173 | + | EDI: CAPITALONE.COM | Mar 10 2023 04:34:00 | Capital One Bank, Attn Bankruptcy Dept., Po Box 30285, Salt Lake City, UT 84130-0285 |

Case 20-22639-CMB    Doc 84    Filed 03/11/23    Entered 03/12/23 00:23:26    Desc Imaged
Certificate of Notice    Page 3 of 4

| District/off: 0315-2 | User: auto | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Mar 09, 2023 | Form ID: 309 | Total Noticed: 39 |

| Recip ID | Bypass | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 15291069 | | EDI: CAPITALONE.COM | Mar 10 2023 04:34:00 | Capital One Bank (USA), N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 15287175 | + | Email/Text: bankruptcy@firstenergycorp.com | Mar 09 2023 23:39:00 | Collection Service Center Inc., Attn Bankruptcy Dept., 839 5th Ave., New Kensington, PA 15068-6303 |
| 15287176 | + | Email/Text: kburkley@bernsteinlaw.com | Mar 09 2023 23:39:00 | Duquesne Light Company, 411 Seventh Avenue, Pittsburgh, PA 15219-1942 |
| 15287177 | + | EDI: PHINAMERI.COM | Mar 10 2023 04:34:00 | GM Financial, Attn Bankruptcy Dept., Po Box 183853, Arlington, TX 76096-3853 |
| 15312532 | + | Email/Text: bankruptcy@greenskycredit.com | Mar 09 2023 23:39:00 | GreenSky,LLC, 1797 North East Expressway, Suite 100, Atlanta, GA 30329-2451 |
| 15287179 | + | EDI: CITICORP.COM | Mar 10 2023 04:34:00 | Home Depot & Citi Bank, Po Box 790034, Saint Louis, MO 63179-0034 |
| 15308342 | | EDI: PRA.COM | Mar 10 2023 04:34:00 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 15287183 | + | Email/PDF: ebnotices@pnmac.com | Mar 09 2023 23:40:28 | PennyMac Loan Services, Attn: Correspondence, Po Box 514387, Los Angeles, CA 90051-4387 |
| 15310719 | + | Email/PDF: ebnotices@pnmac.com | Mar 09 2023 23:40:42 | PennyMac Loan Services, LLC, P.O. Box 2410, Moorpark CA 93020-2410 |
| 15310967 | | EDI: Q3G.COM | Mar 10 2023 04:34:00 | Quantum3 Group LLC as agent for, CF Medical LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 15287888 | + | EDI: RMSC.COM | Mar 10 2023 04:34:00 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15301244 | ^ | MEBN | Mar 09 2023 23:31:06 | UPMC Health Services, PO Box 1123, Minneapolis, MN 55440-1123 |
| 15308350 | | EDI: AIS.COM | Mar 10 2023 04:34:00 | Verizon, by American InfoSource as agent, PO Box 4457, Houston, TX 77210-4457 |
| 15287185 | | EDI: VERIZONCOMB.COM | Mar 10 2023 04:34:00 | Verizon Wireless, PO Box 553, Warrendale, PA 15086 |
| 15292312 | + | EDI: VERIZONCOMB.COM | Mar 10 2023 04:34:00 | Verizon Wireless*, 500 Technology Drive, Suite 550, Weldon Spring, MO 63304-2225 |
| 15287186 | + | EDI: WFFC2 | Mar 10 2023 04:34:00 | Wells Fargo Bank, Attn Bankruptcy Dept., Po Box 10438, Des Moines, IA 50306-0438 |
| 15292849 | | EDI: WFFC2 | Mar 10 2023 04:34:00 | Wells Fargo Bank, N.A., PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |
| 15287190 | | EDI: COMCASTCBLCENT | Mar 10 2023 04:34:00 | Xfininty/Comcast, PO Box 3001, Southeastern, PA 19398-3001 |

TOTAL: 28

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | PENNYMAC LOAN SERVICES, LLC |
| cr | | Wells Fargo Bank, N.A. |
| 15297914 | *P++ | AMERICREDIT FINANCIAL SERVICS DBA GM FINANCIAL, PO BOX 183853, ARLINGTON TX 76096-3853, address filed with court:, Americredit Financial Services, Inc., Dba GM Financial, P.O Box 183853, Arlington, TX 76096 |
| 15287174 | *+ | Capital One Bank, Attn Bankruptcy Dept., Po Box 30285, Salt Lake City, UT 84130-0285 |
| 15287182 | * | Municipal Authority of Westmoreland, PO Box 800, Greensburg, PA 15601-0800 |
| 15292311 | * | Verizon Wireless, PO Box 553, Warrendale, PA 15086 |

Case 20-22639-CMB    Doc 84    Filed 03/11/23    Entered 03/12/23 00:23:26    Desc Imaged
Certificate of Notice    Page 4 of 4

| District/off: 0315-2 | User: auto | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Mar 09, 2023 | Form ID: 309 | Total Noticed: 39 |

TOTAL: 2 Undeliverable, 4 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Mar 11, 2023        Signature:        /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 9, 2023 at the address(es) listed below:

**Name**     **Email Address**

Brian Nicholas
on behalf of Creditor PENNYMAC LOAN SERVICES LLC bnicholas@kmllawgroup.com

Kenneth Steidl
on behalf of Debtor Gregory D. Linver julie.steidl@steidl-steinberg.com ken.steidl@steidl-steinberg.com;jfriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@steidl-steinberg.com;rlager@steidl-steinberg.com;trose@steidl-steinberg.com

Keri P. Ebeck
on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com jbluemle@bernsteinlaw.com

Maria Miksich
on behalf of Creditor PENNYMAC LOAN SERVICES LLC mmiksich@kmllawgroup.com

Office of the United States Trustee
ustpregion03.pi.ecf@usdoj.gov

Patricia Liptak McGrail
on behalf of Creditor White Oak Borough pmcgrail@plmoffice.com tpontia@plmoffice.com;lkurka@plmoffice.com

Ronda J. Winnecour
cmecf@chapter13trusteewdpa.com

S. James Wallace
on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com Equitablebankruptcy@peoples-gas.com

Stephen Russell Franks
on behalf of Creditor Wells Fargo Bank N.A. amps@manleydeas.com

William E. Craig
on behalf of Creditor Americredit Financial Services Inc., d/b/a GM Financial ecfmail@mortoncraig.com, mhazlett@mortoncraig.com;mortoncraigecf@gmail.com

TOTAL: 10