# UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Gregory D. Linver<br>　　　　　Debtor(s) | |
| PENNYMAC LOAN SERVICES, LLC, its successors and/or assigns<br>　　　　　Movant<br>　　v.<br>Gregory D. Linver<br>　　　　　Respondent<br>　　　　and<br>Ronda J. Winnecour, Trustee<br>　　　　　Additional Respondent | BK. NO. 20-22639 CMB<br><br>CHAPTER 13<br><br>Related to Docket #___75___ |

## ORDER MODIFYING SECTION 362 AUTOMATIC STAY

AND NOW, this 9th day of March, 2023, at Pittsburgh, upon Motion of PENNYMAC LOAN SERVICES, LLC, its successors and/or assigns, it is

**ORDERED THAT:** The Motion for Relief from the Automatic Stay is MOOT due to

Dismissal of case.

　　　　　　　　　　　　　　　　　　　　*Carlota M. Böhm*
　　　　　　　　　　　　　　　　　　　　　　　　　　　dmk
　　　　　　　　　　　　　　　　　United States Bankruptcy Judge

FILED
3/9/23 4:04 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court

Western District of Pennsylvania

In re:                   Case No. 20-22639-CMB
Gregory D. Linver        Chapter 13
      Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2           User: auto           Page 1 of 2
Date Rcvd: Mar 09, 2023           Form ID: pdf900           Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol     Definition**
+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 11, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Gregory D. Linver, 1702 Fawcett Ave, White Oak, PA 15131-1812 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 11, 2023          Signature:      /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 9, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor PENNYMAC LOAN SERVICES LLC bnicholas@kmllawgroup.com |
| Kenneth Steidl | on behalf of Debtor Gregory D. Linver julie.steidl@steidl-steinberg.com ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@steidl-steinberg.com;rlager@steidl-steinberg.com;trose@steidl-steinberg.com |
| Keri P. Ebeck | on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com jbluemle@bernsteinlaw.com |
| Maria Miksich | on behalf of Creditor PENNYMAC LOAN SERVICES LLC mmiksich@kmllawgroup.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 2 of 2 |
| Date Rcvd: Mar 09, 2023 | Form ID: pdf900 | Total Noticed: 1 |

Patricia Liptak McGrail
    on behalf of Creditor White Oak Borough pmcgrail@plmoffice.com tpontia@plmoffice.com;lkurka@plmoffice.com

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

S. James Wallace
    on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com Equitablebankruptcy@peoples-gas.com

Stephen Russell Franks
    on behalf of Creditor Wells Fargo Bank N.A. amps@manleydeas.com

William E. Craig
    on behalf of Creditor Americredit Financial Services Inc., d/b/a GM Financial ecfmail@mortoncraig.com, mhazlett@mortoncraig.com;mortoncraigecf@gmail.com

TOTAL: 10