**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| IN RE: | |
|---|---|
| GREGORY D. LINVER | Case No.:20-22639 |
| Debtor(s) | |
| Ronda J. Winnecour | Document No.: |
| Movant | |
| vs. | |
| No Respondents. | |

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following final report and account of the administration of the estate pursuant to 11 USC 1302 (b) (1).

1. The case was filed on 09/10/2020 and confirmed on 12/04/2020. The case was subsequently (B)DISMISSED AFTER CONFIRMATION FUNDS TO DEBTOR

2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 44,946.30 |
| Less Refunds to Debtor | 5.00 | |
| TOTAL AMOUNT OF PLAN FUND | | 44,941.30 |
| | | |
| Administrative Fees | | |
|   Filing Fee | 0.00 | |
|   Notice Fee | 0.00 | |
|   Attorney Fee | 3,000.00 | |
|   Trustee Fee | 1,823.24 | |
|   Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 4,823.24 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| Secured | | | | |
|   PENNYMAC LOAN SERVICES LLC | 0.00 | 18,111.35 | 0.00 | 18,111.35 |
|     Acct: 5185 | | | | |
|   PENNYMAC LOAN SERVICES LLC | 1,537.40 | 1,362.74 | 0.00 | 1,362.74 |
|     Acct: 5185 | | | | |
|   MUNICIPAL AUTHORITY OF WESTMOREL | 386.00 | 337.54 | 62.41 | 399.95 |
|     Acct: 0102 | | | | |
|   MUNICIPAL AUTHORITY OF WESTMOREL | 513.00 | 448.61 | 82.92 | 531.53 |
|     Acct: 0102 | | | | |
|   WHITE OAK BOROUGH (RE) | 894.00 | 781.80 | 144.29 | 926.09 |
|     Acct: 0102 | | | | |
|   WELLS FARGO BANK NA | 3,297.03 | 2,922.47 | 0.00 | 2,922.47 |
|     Acct: 0347 | | | | |
|   ALLY BANK(*) | 0.00 | 15,863.93 | 0.00 | 15,863.93 |
|     Acct: 4997 | | | | |
|   AMERICREDIT FINANCIAL SVCS INC DBA | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 9118 | | | | |
| | | | | 40,118.06 |

Priority

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---|---|---|
| **Priority** | | | | |
| KENNETH STEIDL ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| GREGORY D. LINVER | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| GREGORY D. LINVER | 5.00 | 5.00 | 0.00 | 0.00 |
| Acct: | | | | |
| STEIDL & STEINBERG | 3,000.00 | 3,000.00 | 0.00 | 0.00 |
| Acct: | | | | |
| | ***NONE*** | | | |
| **Unsecured** | | | | |
| CAPITAL ONE BANK (USA) NA BY AMERIC | 3,537.44 | 0.00 | 0.00 | 0.00 |
| Acct: 4109 | | | | |
| CAPITAL ONE BANK (USA) NA BY AMERIC | 2,124.88 | 0.00 | 0.00 | 0.00 |
| Acct: 9738 | | | | |
| COLLECTION SERVICE CENTER INC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| DUQUESNE LIGHT COMPANY(*) | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 7864 | | | | |
| AMERICREDIT FINANCIAL SVCS INC DBA | 12,004.57 | 0.00 | 0.00 | 0.00 |
| Acct: 9118 | | | | |
| GREATER PITTSBURGH PEDIATRIC CENT | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| PRA/PORTFOLIO RECOVERY ASSOC | 2,056.94 | 0.00 | 0.00 | 0.00 |
| Acct: 0528 | | | | |
| LENDING USA++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| GREENSKY LLC(*) | 17,327.41 | 0.00 | 0.00 | 0.00 |
| Acct: 8732 | | | | |
| VERIZON BY AMERICAN INFOSOURCE AS | 506.01 | 0.00 | 0.00 | 0.00 |
| Acct: 0001 | | | | |
| WELLS FARGO BANK NA | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 0347 | | | | |
| QUANTUM3 GROUP LLC - AGENT FOR CF | 879.00 | 0.00 | 0.00 | 0.00 |
| Acct: 8410 | | | | |
| WHITE OAK EMERGENCY MEDICAL SV | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| COMCAST | 241.72 | 0.00 | 0.00 | 0.00 |
| Acct: 5121 | | | | |
| UPMC HEALTH SERVICES | 375.00 | 0.00 | 0.00 | 0.00 |
| Acct: 3389 | | | | |
| QUANTUM3 GROUP LLC - AGENT FOR CF | 558.00 | 0.00 | 0.00 | 0.00 |
| Acct: 0339 | | | | |
| QUANTUM3 GROUP LLC - AGENT FOR CF | 515.00 | 0.00 | 0.00 | 0.00 |
| Acct: 2960 | | | | |
| WHITE OAK BOROUGH (TRASH) | 990.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| SYNCHRONY BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 7369 | | | | |
| BERNSTEIN BURKLEY PC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| KML LAW GROUP PC* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| GRB LAW** | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| CREDITOR INFORMATION MISSING OR V/ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| WILLIAM E CRAIG ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |

20-22639     **TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**     Page 3 of 3

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| Unsecured | | | | |
|    MANLEY DEAS KOCHALSKI LLC | 0.00 | 0.00 | 0.00 | 0.00 |
|    Acct: | | | | |
|    MCGRAIL & ASSOCIATES | 0.00 | 0.00 | 0.00 | 0.00 |
|    Acct: | | | | |
|    AIS PORTFOLIO SERVICES (AMERICAN IN | 0.00 | 0.00 | 0.00 | 0.00 |
|    Acct: | | | | |

*** N O N E ***

| | |
|---|---:|
| TOTAL PAID TO CREDITORS | 40,118.06 |
| TOTAL CLAIMED | |
|    PRIORITY | 0.00 |
|    SECURED | 6,627.43 |
|    UNSECURED | 41,115.97 |

Date: 04/11/2023

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com