# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **IN RE: Gregory D. Linver**<br>　　　　　　　　　**Debtor**<br><br>**PENNYMAC LOAN SERVICES, LLC**<br>　　　　　　　　　**Movant**<br>　　vs.<br><br>**Gregory D. Linver**<br>　　　　　　　　　**Debtor**<br><br>**Ronda J. Winnecour, Esq.**<br>　　　　　　　　　**Trustee** | **BK NO. 20-22639 CMB**<br><br>**Chapter 13**<br><br>**Related to Claim No. 10** |

## CERTIFICATE OF SERVICE OF
## NOTICE OF PAYMENT CHANGE

I, Brian C. Nicholas, Esquire, of KML Law Group, P.C., certify that I am, and at all times hereinafter mentioned was, more than 18 years of age and that on September 1, 2022, I caused to be served the above captioned pleading on the parties at the addresses shown below in the manner indicated:

Debtor
Gregory D. Linver
1702 Fawcett Avenue
McKeesport, PA 15131
VIA Regular Mail

Attorney for Debtor
Julie Frazee Steidl, Esq.
707 Grant Street, Suite 2830
Gulf Building
Pittsburg, PA 15219
VIA ECF

Trustee
Ronda J. Winnecour, Trustee
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA 15219
VIA ECF

Method of Service: Electronic means or first class mail.

Dated: September 1, 2022

　　　　　　　　　　　　　　　　　　**/s/ Brian C. Nicholas, Esq.**
　　　　　　　　　　　　　　　　　　Brian C. Nicholas, Esq. (317240)
　　　　　　　　　　　　　　　　　　KML Law Group, P.C.
　　　　　　　　　　　　　　　　　　BNY Mellon Independence Center
　　　　　　　　　　　　　　　　　　701 Market Street, Suite 5000
　　　　　　　　　　　　　　　　　　Philadelphia, PA 19106
　　　　　　　　　　　　　　　　　　412-430-3594
　　　　　　　　　　　　　　　　　　bkgroup@kmllawgroup.com